# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 5/18/06
* MAY 19 06 *
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Jack B. Weinstein
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerk:    Richard W. Wieking

JPML Form 36

A CERTIFIED TRUE COPY
MAY 17 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01207-MHP   Document 7   Filed 09/20/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

**CALIFORNIA NORTHERN**
CAN 3  05-4829  SC          Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830  WHA         Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832  JSW         Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833  CRB         James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892  MJJ         Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895  WHA         Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902  WHA         Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908  MJJ         Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~          ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~          ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013  WHA         Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029  PJH         Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032  PJH         Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033  MJJ         Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074  MHP         Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077  WHA         Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078  SC          Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093  PJH         David Strawn v. Eli Lilly & Co.
CAN 3  05-5094  PJH         Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096  JSW         Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~          ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150  WHA         Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~          ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153  MMC         Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266  SBA         Duane Long v. Eli Lilly & Co.
CAN 3  05-5267  PJH         Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268  MJJ         Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269  JSW         Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31   JSW          Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~            ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~            ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41   WHA          Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248  EDL          Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252  WHA          Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253  JSW          Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894  WHA          Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895  PJH          Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896  TEH          Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897  SBA          Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898  MMC          Celita Finney v. Eli Lilly & Co.
CAN 3  06-899  SC           Duane Windom v. Eli Lilly & Co.
CAN 3  06-900  WHA          Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901  MMC          Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903  WHA          Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904  SC           Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905  TEH          Della Collins v. Eli Lilly & Co.
CAN 3  06-952  SC           Constance Heg v. Eli Lilly & Co.
CAN 3  06-955  SBA          Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956  PJH          Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957  MJJ          Linda Wright v. Eli Lilly & Co.
CAN 3  06-958  WHA          Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 2 of 9

| Case No. | Plaintiff |
|---|---|
| CAN 3 06-959 STI | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 06-960 JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 06-961 WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 06-962 MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 06-965 MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 06-966 MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 06-967 MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 06-968 SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 06-969 WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 06-970 PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 06-972 PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 06-976 TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 06-979 SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 06-981 MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 06-983 SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 06-984 MHP | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 06-987 PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 06-989 MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 06-990 MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 06-991 MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 06-994 MHP | Jason Evans v. Eli Lilly & Co. |
| CAN 3 06-995 TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 06-996 PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 06-997 MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 06-998 SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 06-999 STI | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 06-1001 MHP | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 06-1003 MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 06-1004 MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 06-1005 MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 06-1006 SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 06-1007 MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 06-1008 JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 06-1009 JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 06-1010 PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 06-1011 MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 06-1013 SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 06-1023 JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1024 WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 06-1025 TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 06-1026 MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 06-1027 MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 06-1028 PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 06-1029 MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 06-1031 WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 06-1033 WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 06-1034 JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 06-1035 SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 06-1036 MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 06-1037 JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 06-1039 MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 06-1040 WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 06-1041 MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 06-1042 MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 06-1043 WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 06-1044 PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 06-1045 SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                PAGE 3 of 9

| Case Number | Judge | Case Name |
|---|---|---|
| CAN 3 06-1050 | JSW | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 06-1051 | JL | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 06-1052 | SC | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 06-1053 | WHA | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 06-1054 | SC | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 06-1056 | WHA | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 06-1057 | MJJ | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 06-1058 | MMC | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 06-1060 | SC | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 06-1061 | PJH | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 06-1062 | PJH | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 06-1063 | MMC | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 06-1064 | MMC | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 06-1076 | SI | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 06-1077 | WHA | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1078 | WHA | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 06-1079 | MJJ | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 06-1080 | MHP | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3 06-1081~~ | | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1082 | JSW | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 06-1083 | PJH | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 06-1084 | MMC | Ward Marks v. Eli Lilly & Co. |
| CAN 3 06-1085 | WHA | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 06-1086 | MJJ | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 06-1088 | JSW | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 06-1090 | SC | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 06-1091 | MHP | Linda Soule v. Eli Lilly & Co. |
| CAN 3 06-1093 | WHA | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 06-1096 | MMC | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 06-1099 | MJJ | James Fraser v. Eli Lilly & Co. |
| CAN 3 06-1100 | MJJ | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 06-1103 | PJH | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 06-1106 | PJH | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 06-1108 | JSW | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 06-1110 | WHA | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 06-1111 | SC | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 06-1112 | PJH | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 06-1113 | MMC | Diana Platts v. Eli Lilly & Co. |
| CAN 3 06-1116 | WHA | Toni Iness v. Eli Lilly & Co. |
| CAN 3 06-1117 | WHA | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 06-1118 | MJJ | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 06-1119 | EDL | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1122 | SI | James Thomas v. Eli Lilly & Co. |
| CAN 3 06-1123 | WHA | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1124 | TEH | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 06-1125 | JSW | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 06-1126 | WHA | James Arns v. Eli Lilly & Co. |
| CAN 3 06-1127 | MJJ | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 06-1128 | WHA | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 06-1129 | WHA | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 06-1131 | WHA | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 06-1132 | MMC | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 06-1133 | TEH | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 06-1134 | MJJ | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 06-1135 | SBA | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 06-1155 | WHA | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1156 | PJH | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 06-1158 | MJJ | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 06-1159 | SBA | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 4 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

| Case | Plaintiff |
|---|---|
| CAN 3 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1313~~ | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3 06-1376~~ | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3 06-1387~~ | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                        PAGE 6 of 9

```
CAN 3  06-1487  PJH   Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  WHA   William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  MJJ   Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  MMC   Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  MHP   David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  SC    Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  JSW   Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  MJJ   Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  JSW   Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  SC    Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  SC    Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532        Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533  JSW   Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534        Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537  MJJ   Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  MMC   Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  MMC   Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  TEH   Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  MJJ   William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  JSW   Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  MMC   Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  SC    Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  WHA   Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  MHP   Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  SI    Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  SI    Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  PJH   Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  PJH   Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  SC    Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  WHA   David Bell v. Eli Lilly & Co.
CAN 3  06-1563  JSW   Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  PJH   Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  MMC   Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  WHA   Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  MHP   Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  MJJ   Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  SI    Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  SI    Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  SI    Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  CW    Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  SI    Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  SI    Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  SI    Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  SI    Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  SI    Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  SI    Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626        Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627  SI    Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  SI    Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  SI    James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  SI    Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  EMC   Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  MHP   Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  MHP   Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  SC    James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  SI    Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  MMC   Marcella L. Lowry v. Eli Lilly & Co.
```

Case 3:06-cv-01207-MHP   Document 7   Filed 09/20/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 7 of 9

| Case | Handwritten | Caption |
|---|---|---|
| CAN 3 06-1705 | SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 06-1706 | JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3 06-1708~~ | | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 06-1709 | SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 06-1712 | WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1757~~ | | ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 06-1758 | SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 06-1761 | MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 06-1770 | SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 06-1787 | MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 06-1788 | MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 06-1819 | SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 06-1825 | WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 06-1847 | PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 06-1852 | MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 06-1856 | PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 06-1859 | MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 06-1860 | SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 06-1931 | JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3 06-2038~~ | | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-2188~~ | | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2283 | WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3 06-2385~~ | | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3 06-2386~~ | | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2398 | MHP | Duane Inks v. Eli Lilly & Co. |
| CAN 3 06-2399 | MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 06-2420 | JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 06-2421 | JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3 06-2489~~ | | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 06-2609 | MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 05-4831 | | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 05-4894 | | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4 05-5097~~ | | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4 05-5098~~ | | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 05-5099 | | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 05-5148 | | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 05-5151 | | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 05-5291 | | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 05-5292 | | Denine Cook v. Eli Lilly & Co. |
| CAN 4 06-8 | | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 06-39 | | Viola Ward v. Eli Lilly & Co. |
| CAN 4 06-250 | | David Sensenig v. Eli Lilly & Co. |
| CAN 4 06-893 | | George Carmack v. Eli Lilly & Co. |
| CAN 4 06-906 | | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 06-954 | | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 06-973 | | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 06-974 | | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 06-977 | | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 06-980 | | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 06-985 | | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 06-988 | | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 06-993 | | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 06-1022 | | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 06-1030 | | John Luthy v. Eli Lilly & Co. |
| CAN 4 06-1032 | | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 06-1038 | | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 06-1048 | | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 06-1055 | | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 06-1059 | | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4 06-1765~~ | | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4 06-2384~~ | | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

**INVOLVED COUNSEL LIST (CTO-49)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton*
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102